**FILED**

October 07, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JORGE ORTIZ, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF MARIA ORTIZ, DECEASED, AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE DEATH OF MARIA ORTIZ, DECEASED, ELIA NEL ORTIZ, INDIVIDUALLY, AND ROSALINDA GONZALEZ, INDIVIDUALLY AND AS NEXT FRIEND OF R.G., A MINOR | § § § § § § § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 5:21-cv-143 |
| vs. | § § | |
| GENERAL MOTORS LLC | § § | |
| *Defendant.* | § § | |

## AGREED ORDER APPROVING CONFIDENTIAL SETTLEMENT

On October 7, 2021, came to be heard the above-entitled and numbered cause, and came Rosalinda Gonzalez, as Next Friend of R.G., a Minor, by and through her counsel of record, Barry Snell, the Court-appointed Guardian Ad Litem for R.G. (the "Guardian Ad Litem"), and Defendant General Motors LLC ("GM LLC") by and through its counsel of record.

Rosalinda Gonzalez, as Next Friend of R.G., a Minor has announced that she has agreed to settle all claims and causes of action that were brought or that could have been brought against GM LLC as a result of the February 26, 2019, single-vehicle crash that forms of the basis of this suit (the "Subject Crash"). Rosalinda Gonzalez, as Next Friend of R.G., a Minor now asks for the Court's approval of R.G.'s confidential settlement with GM LLC, as memorialized in the Complete Release, Indemnity, Confidentiality, and Settlement Agreement (the "Confidential Settlement").

AGREED ORDER APPROVING CONFIDENTIAL SETTLEMENT                                    PAGE 1
106069.001318 4821-3657-1389.3

The Court has heard and considered the pleadings, testimony from the Guardian Ad Litem, testimony from Rosalinda Gonzalez, and has reviewed *in camera* a summary of the amount to be paid to R.G., and finds as follows:

1.  The Guardian Ad Litem having had a reasonable time in which to become acquainted with the facts and with the law herein and after study and deliberation reported to the Court that in the opinion of the Guardian Ad Litem, this is a case in which there is a dispute as to the liability and damages sustained by R.G. with regard to GM LLC and the Court agrees. For the reasons set forth by the Guardian Ad Litem, the Confidential Settlement is in the best interest of R.G. and should be approved in all respects.

2.  After hearing and understanding the funds, inclusive of the periodic payments as more fully described in the Confidential Settlement, being allocated to and/or for the benefit of R.G. out of the collective funds being paid by GM LLC, the Court agrees with the opinion of the Guardian Ad Litem that it is in the best interest of R.G. to enter into this settlement.

3.  After hearing the testimony of Rosalinda Gonzalez, this Court is of the opinion that she understands that by signing the Confidential Settlement entered into by her as Next Friend of R.G., and GM LLC, that she is waiving the right to a trial and the ability for R.G. to receive any further sums from GM LLC as a result of the injuries he suffered due to the Subject Crash.

4.  The confidential settlement sum as agreed upon by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and GM LLC is being accepted in full and final payment of any and all claims and causes of action which may have been asserted or might be asserted by R.G. against GM LLC for damages alleged to have been sustained by R.G. as a result of the Subject Crash.

5.  Upon entry of this Order, the signing of the Confidential Settlement entered into by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and GM LLC, and payment and satisfaction of all sums ordered herein and agreed to in the Confidential Settlement, GM LLC, and its respective agents, servants, legal representatives, General Motors Company, General Motors Holdings LLC, General Motors Corporation, Motors Liquidation Company and Motors Liquidation Company GUC Trust, any other General Motors affiliated entity, employees, directors, shareholders, members, officers, insurers, component part suppliers, dealers and all persons/entities in the chain of distribution and all persons, firms, organizations, or corporations in privity with the foregoing, are to be released and discharged from any and all liability to R.G. for the injuries and damages allegedly sustained as a result of the Subject Crash.

6.    Upon entry of this Order and payment and satisfaction of all sums, inclusive of the funding of the periodic payments as more fully described in the Confidential Settlement, GM LLC, and its respective agents, servants, legal representatives, General Motors Company, General Motors Holdings LLC, General Motors Corporation, Motors Liquidation Company and Motors Liquidation Company GUC Trust, any other General Motors affiliated entity, employees, directors, shareholders, members, officers, insurers, component part suppliers, dealers and all persons/entities in the chain of distribution and all persons, firms, organizations, or corporations in privity with the foregoing, are to be released and discharged from any liability to R.G. for the injuries and damages allegedly sustained as a result of alleged defects in the 2007 Chevrolet Silverado 1500 (VIN 1GCEC19J97Z610936) (the "Subject Vehicle") that was being driven by Rosalinda Gonzalez at the time of the Subject Crash.

7.    All payments provided for in the Confidential Settlement entered into by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and GM LLC constitute damages on account of personal physical injuries and/or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

IT IS THEREFORE, **ORDERED, ADJUDGED AND DECREED** that the Court has familiarized itself with the Confidential Settlement entered into by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and GM LLC, and approves the signing of the Confidential Settlement for purposes of resolving all claims that she, as Next Friend of R.G., a Minor has brought or could have brought against GM LLC; it is further

**ORDERED, ADJUDGED AND DECREED** that the Confidential Settlement to be entered into by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and GM LLC is in the best interest of R.G. and, is therefore approved by the Court; it is further

**ORDERED, ADJUDGED AND DECREED** that the settlement proceeds will be apportioned under the terms and conditions of the Confidential Settlement entered into by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and GM LLC and distributed as set forth in the Confidential Settlement, which counsel summarized to the Court off the record; it is further

**ORDERED, ADJUDGED AND DECREED** that all payments provided for in the Confidential Settlement entered into by Rosalinda Gonzalez, as Next Friend of R.G., a Minor and

GM LLC constitute damages on account of personal physical injuries and/or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended; it is further

**ORDERED, ADJUDGED AND DECREED** that all costs of Court are assessed against the party incurring same, with the exception of certain fees and expenses of the Guardian Ad Litem in the amount of $4,920.00, which are to be paid by GM LLC; it is further

**ORDERED, ADJUDGED AND DECREED** that upon GM LLC's funding of the Periodic Payments listed in Sections 7.B.1 of the Confidential Settlement, GM LLC is hereby forever relieved and discharged of and from any liability, claims, demands, and causes of action of whatsoever nature asserted by Rosalinda Gonzalez, as Next Friend of R.G., a Minor, whether known or unknown, arising directly or indirectly out of the Subject Crash or the Subject Vehicle; and

All relief not expressly granted herein is hereby DENIED.

SIGNED this 7th day of October, 2021.

**ORLANDO L. GARCIA**
**Chief United States District Judge**

**APPROVED AS TO FORM AND CONTENT:**

CRAFT LAW FIRM, P.C.

*/s/ Hunter Craft*
J. HUNTER CRAFT
State Bar No. 24012466
E-Mail: hcraft@craftlawfirm.com
LAURA A. COCKRELL
State Bar No. 24082836
E-Mail: lcockrell@craftlawfirm.com
2727 Allen Parkway, Suite 1150
Houston, Texas 77019
Telephone: (713) 225-0500
Fax: (713) 225-0566

**ATTORNEYS FOR PLAINTIFFS**

and

DYKEMA GOSSETT PLLC

*/s/ Deron L. Wade*
DERON L. WADE
State Bar No. 24008220
E-Mail: dwade@dykema.com
CLAY A. COSSÈ
State Bar No. 24071246
E-Mail: ccosse@dykema.com
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Fax: (214) 462-6401
-and-
DANIELA GONZALES ALDAPE
State Bar No. 24036651
E-Mail: daldape@dykema.com
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC**

and

THE LAW OFFICES OF BAYNE, SNELL AND KRAUSE

*/s/ Barry Snell*
**BARRY SNELL**
State Bar No. 18789000
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3937

**GUARDIAN AD LITEM FOR R.G.**